Arthur L. Armstrong #84031
N.W.C.C.
960-State Rt. 212
Tiptonville, TN. 38079



RECEIVED
IN CLERK'S OFFICE
AUG 2 5 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

LEGAL MAIL

U.S. District Court, Middle District
c/o Clerk, Keith Throckmorton
801-Broadway Rm. 800 U.S. CTHSE.
Nashville, Tenn.
37203-3869